JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CHARLES H. FULLER;<br>WARREN TODD POWELL;<br>MICHAEL MCGARRY; and Does 1-10,<br><br>　　　　Defendants. | Case: 5:14-CV-01801-JGB-DTB<br><br>**ORDER** |

**ORDER**

This action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: <u>January 27, 2015</u>　　_____
　　　　　　　　　　　　　　　HONORABLE JESUS G. BERNAL
　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

1

Joint Stipulation for Dismissal　　Case: 5:14-CV-01801-JGB-DTB